IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| EVELYN WHITWORTH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:23-cv-04080-MDH |
| ) | |
| CITY OF LAURIE, MISSOURI, and ) | |
| NICK SHOEMATE, *Laurie Police* ) | |
| *Department Officer*, ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the parties' Joint Stipulation for Dismissal With Prejudice (Doc. 28). The parties stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to the dismissal of Plaintiff's claims against Defendants with prejudice, with each party to bear their own attorney's fees and costs.

WHEREFORE, the Court **GRANTS** the parties' Joint Stipulation for Dismissal With Prejudice (Doc. 28) and hereby dismisses this case in its entirety, with prejudice, with each party to bear their own costs and attorney fees.

**IT IS SO ORDERED.**

DATED: September 21, 2023

                                                   */s/ Douglas Harpool*
                                                   **DOUGLAS HARPOOL**
                                                   **UNITED STATES DISTRICT JUDGE**